UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEVEN D. TAYLOR,

            Plaintiff,

v.                                                    Case No. 1:11-cv-46
                                                      Hon. Hugh W. Brenneman, Jr.
COMMISSIONER OF SOCIAL
SECURITY,

            Defendant.
_____/


**JUDGMENT**

            In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

            **IT IS SO ORDERED.**



Dated:  March 26, 2012                  /s/ Hugh W. Brenneman, Jr.
                                        HUGH W. BRENNEMAN, JR.
                                        United States Magistrate Judge